IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>SHANNON MARIE WAIT AND CHARLES GRANDISON WAIT,<br>　　　　　　　　　　　　DEBTORS. | BANKRUPTCY NO. 07-60802<br>Chapter 13<br><br>**ORDER MODIFYING AUTOMATIC STAY** |

　　　This cause coming to be heard on the Motion of U.S. Bank National Association ND, through its attorneys, Dunakey and Klatt, PC and Kelly Evans of Evans and Mandelstein LLC, for relief from automatic stay, the Court being fully advised;

　　　IT IS HEREBY ORDERED:

A.　　That the Automatic Stay of the above case is hereby modified to allow U.S. Bank National Association ND, and its successors and/or its assigns, to proceed with foreclosure, eviction or any other action to preserve and enforce its rights in accordance with state law, with regard to the property legally described as:

　　　LOT 4, BLOCK 1 OF WOLF'S 3RD ADDITION, ACCORDING TO THE PLAT AND SURVEY THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY RECORDER IN AND FOR STEARNS COUNTY, MINNESOTA.

　　　ABSTRACT PROPERTY.

　　　THE ABOVE PROPERTY IS SITUATED IN STEARNS COUNTY, STATE OF MINNESOTA.

B.　　Notwithstanding Federal Rules of Bankruptcy Procedure 4001 (a) (3), this Order is effective immediately.

C.　　All communications sent by U.S. Bank National Association ND, and its successors and/or its assigns, in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

　　　Date:  November 13, 2012　　　　　　　Enter:

　　　　　　　　　　　　　　　　　　　　　　　　/e/ Dennis D. O'Brien
　　　　　　　　　　　　　　　　　　　　　　　　Judge Dennis D O'Brien

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/13/2012*
Lori Vosejpka, Clerk, By sjr, Deputy Clerk